UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

STATEMENT OF UNDISTRIBUTED BALANCE

In the Matter of:                    Case Number 08-20412 JHW

Debtor: Tracie M. Hood

| Check Number | Creditor | Amount |
|---|---|---|
| 1687622 | GMAC Mortgage Corporation | 1640.75 |

/s/ *Isabel C. Balboa*
Isabel C. Balboa
Chapter 13 Standing Trustee

Dated:  April 13, 2010