0529452UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

STATEMENT OF UNDISTRIBUTED BALANCE

In the Matter of:                             Case Number 08-20412 JHW

Debtor: Tracie M. Hood

| Check Number | Creditor | Amount |
|---|---|---|
| 1703421 | GMAC Mortgage Corporation | 1060.50 |

/s/ *Isabel C. Balboa*
Isabel C. Balboa
Chapter 13 Standing Trustee

Dated:   September 10, 2010